UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHAYA STOLZBERG,

                    Plaintiff,

      -against-

TRANS UNION, LLC and AMERICAN EXPRESS NATIONAL BANK,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/2020

20 Civ. 9875 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has been advised that all claims asserted herein have been settled in principle as to Defendant Trans Union, LLC ("Trans Union"). ECF No. 14. Accordingly, as to Trans Union only, the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty days of the date of this Order if the settlement is not consummated.

      Any application to reopen must be filed <u>within thirty days</u> of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same thirty-day period to be so-ordered by the Court. Per Rule IV(C) of the Court's Individual Practices in Civil Cases, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

      As to Trans Union only, any pending motions are moot and all conferences are vacated. The Clerk of Court is directed to terminate Trans Union as a defendant.

      SO ORDERED.

Dated: December 17, 2020
       New York, New York

                                          ANALISA TORRES
                                       United States District Judge